

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:                01-17-00442-CV

Style:                       Alan Schrock v. City of Baytown

Date motion filed:           January 24, 2018

Type of motion:              Unopposed Motion for Leave to File Amended Brief

Party filing motion:         Appellant

Document to be filed:        Amended Appellant's Brief

Is appeal accelerated?       No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:                Current Due date:
    Date Requested:

Ordered that motion is:

    ☑    **Granted**

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    Appellant's unopposed motion for leave to file an amended appellant's brief is granted. The Clerk of this Court received and filed appellant's amended brief on January 24, 2018.

Judge's signature: /s/ Terry Jennings
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: January 30, 2018

November 7, 2008 Revision